IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CORDELL EDMONDS and JESUS POPPEL, | |
| Plaintiffs, | No. 11 CV 3101 |
| v. | |
| VILLAGE OF DOLTON, OFFICER GRIFFIN, Star #611, OFFICER COLEMAN, Star # 607 and SGT. CURTIS REMPSON. | Magistrate Judge Daniel G. Martin (By Consent) |
| Defendants. | |

## STIPULATED DISMISSAL WITH PREJUDICE

The Plaintiffs in this case, Cordell Edmonds and Jesus Poppel, by and through their attorneys, Smith, Johnson & Antholt, LLC, and Defendants, Village of Dolton, Officer Griffin,#611, Officer Coleman, #607, and Sgt. Curtis Rempson, by and through their attorneys, Querrey & Harrow, Ltd., hereby stipulate to the dismissal of the entirety of this action with prejudice, each party to bear their own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41.

PLAINTIFFS:
Cordell Edmonds and Jesus Poppel

By: _____  Date: 2-1-2013
Chris Smith
Smith, Johnson & Antholt, LLC
112 S. Sangamon St., 3rd Floor
Chicago, IL 60607
Tel. (312) 432-0400

DEFENDANTS:
Village of Dolton, Officer Griffin, #611,
Officer Coleman, #607, and Sgt. Curtis Rempson

By: _____  Date: 2/4/13
Larry S. Kowalczyk
Querrey & Harrow, Ltd.
175 W. Jackson, Ste. 1600,
Chicago, IL 60604
Tel. (312) 540-7000

Document #: 1665771

1